# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00733-NYW

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARK ARMBRUSTER,

Defendant.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

      This civil action comes before the court on Plaintiff the United States of America's Unopposed Motion for Order to Administratively Close Case and Vacate Status Conference, filed on July 21, 2015 [#5] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED. Accordingly, IT IS ORDERED that this case is administratively closed, subject to reopening by either party for good cause shown. IT IS FURTHER ORDERED that the Parties are directed to file a Status Report within ten (10) days of consolidation of Defendant Mark Armbruster's student loans.

DATED: July 27, 2015