**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00733-NYW

UNITED STATES,

    Plaintiff,

v.

MARK ARMBRUSTER,

    Defendant.

---

**ORDER ON UNOPPOSED MOTION TO REOPEN
ADMINISTRATIVELY CLOSED CASE**

---

Magistrate Judge Nina Y. Wang

    This matter is before the court on the United States' Unopposed Motion to Reopen Administratively Closed Case ("Unopposed Motion to Reopen"). [#7, filed Dec. 21, 2015].

    By way of background, on July 21, 2015, the United States filed an Unopposed Motion for Order to Administratively Close Case and Vacate Status Conference. [#5]. In that motion, the United States represented that Defendant Mark Armbruster had completed an application to consolidate the student loan debt that is the subject of the present action. [*Id.* at 1]. The United States stated that if the current outstanding student loan is consolidated with Mr. Armbruster's other student loans, the United States will be paid in full and this case may be dismissed. [*Id.*]. The United States stated that the loan consolidation process could take three to six months to be completed, and therefore moved to administratively close the case. [*Id.*].

On July 27, 2015, this court entered a Minute Order granting the motion to administratively close the case. [#6]. The court ordered that the case be administratively closed, subject to reopening by either party for good cause shown. [*Id.*]. The court further directed the parties to file a Status Report within ten days of consolidation of Mr. Armbruster's student loans. [*Id.*].

In the present Unopposed Motion to Reopen, the United States requests that the case be reopened for good cause because Mr. Armbruster has consolidated his loans. [#7 at 1]. The court agrees that the United States has shown good cause for reopening this case.

Accordingly,

(1) It is **ORDERED** that the United States' Unopposed Motion to Reopen Administratively Closed Case [#7] is **GRANTED**. The Clerk of Court shall reopen this case;

(2) The parties shall file a Status Report no later than **January 5, 2016** regarding the current status of this case, including whether the United States has been paid in full due to the consolidation of Mr. Armbruster's student loans; and

(3) The Parties will file a Magistrate Judge Consent/Non-Consent form no later than **January 5, 2016**, indicating whether the Parties consent to proceed before a Magistrate Judge in this action.

DATED: December 22, 2015                BY THE COURT:

                                        s/ Nina Y. Wang
                                        United States Magistrate Judge