IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00733-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARK ARMBRUSTER, DC,

    Defendant.

_____

ORDER TO DISMISS
_____

THIS MATTER comes before the Court on the United States' Motion to Dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2), and the Court having reviewed said Motion FINDS:

THAT for good cause shown, the Motion to Dismiss is granted; and this case is dismissed without prejudice.

SO ORDERED this \_\_29th\_\_ day of \_\_December_____, 2015.

BY THE COURT:

_____
NINA Y. WANG
Magistrate Judge